UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YVETTE NAROG,

    Plaintiff,

  v.

STEVEN HOSKINS, et al.,

    Defendant.

Case No. 14-cv-03035-VC

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. Nos. 8, &, 9

    The Court has reviewed Judge Jacqueline Corley 's Report and Recommendation for Remand and notes there are no objections to the Report.  The Court adopts the Report in every respect.  Accordingly, the case is remanded back to Superior Court of California for the County of San Mateo.

    **IT IS SO ORDERED.**

Dated: September 11, 2014

VINCE CHHABRIA
United States District Judge


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE NAROG,<br>　　　　　Plaintiff,<br>　　v.<br>STEVEN HOSKINS, et al.,<br>　　　　　Defendants. | Case No. 14-cv-03035-VC<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 9/11/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfonso Robles
5670 Allen Avenue
San Jose, CA 95123

Dated: 9/11/2014

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA

2